**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 112826
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 19 2017 ★

LONG ISLAND OFFICE

Kristine M. Farrell,

        Plaintiff,

-against-

Allied Interstate LLC,

        Defendant.

Docket No: 2:17-cv-05208-ADS-SIL

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: December 15, 2017

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
Craig B. Sanders

SO ORDERED: Case shall remain closed.

s/ Arthur D. Spatt

_____
Arthur D. Spatt, U.S.D.J.

12/19/17
Date